# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| M.P.B. (XXX-XX-4054) | CIVIL ACTION NO. 15-2479 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CAROLYN W. COLVIN | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 16) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 8th day of March, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE